■ In the Matter of ADRIAN A., Appellant. [614 NYS2d 351] — Application for substitution of counsel as law guardian denied with leave to renew upon proof of notice of the application on appellant and opposing party. Memorandum: An application by a law guardian in a juvenile delinquency or PINS proceeding to be relieved of further representation pursuant to Family Court Act § 1120 (b) must be made on notice to the minor

and opposing parties. Present—Pine, J. P., Balio, Lawton, Doerr and Davis, JJ.